210-2184

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 09-00214 SEK |
| | * | |
| | * | CHAPTER 13 |
| ELIUD TORRES BAEZ | * | |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW
## PROOF OF CLAIM FILED ON MARCH 10, 2009
## ENTERED AS CLAIM NUMBER 7

TO THE HONORABLE COURT:

**NOW COMES** Movant, R&G PREMIER BANK OF PR, now Scotiabank de Puerto Rico, by its undersigned attorneys and to the Honorable Court respectfully represents:

1. That on March 10, 2009, the Undersigned Counsel, filed an amended Proof of Claim was filed on R & G PREMIER BANK's behalf by the sum of $12,712.20, claim number 7.

2. That Debtors have paid the total amount owed to R & G Premier Bank Of Puerto Rico, now Scotiabank de Puerto Rico.

3. That in view of the above, Movant, is interested in having is Honorable Court enter an Order approving the withdrawal of its Claim filed entered as Claim number 7.

**WHEREFORE**, Movant, respectfully prays this Honorable Court enters an Order granting the request to withdraw the Proof of Claim, with such further relief as is just and proper.

SERVED I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Trustee, José R. Carrión Morales, Attorney for Debtor, Roberto Figueroa Carrasquillo and by Postal Service to Debtor, Eliud Torres Baez, 20714 Mamey Street, Cayey, P.R. 00736.

In San Juan, Puerto Rico, this 19 day of September 2011.

**LAW OFFICES OF HERRERO III & RODRIGUEZ ORTIZ, P.S.C,**
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. 787 754-5000 - Fax. 754-5000
E-mail: herreroiIII@herrerolaw.com

/s/ **ISMAEL H. HERRERO III**
**USDC-PR No. 2203002**